111 F.3d 127
 Richard J. Toner
v.
Ernest D. Preate, Jr., Attorney General, Nancy M.
Sobolevitch, Court Administrator, H. Terry Grimes, President
Judge, J. Quint Salmon, Senior Judge, Joseph D. Lehman,
Commissioner, Rufus Sylvester Lynch, Director of Court
Managment, Vincent J. Cirilli, Special Court Administrator,
Audrey Szoyka, District Court Administrator, Rich Rosendale,
Prothonotary, Laurence L. Reid, Executive Deputy
Commissioner, Thomas A. Fulcomer, Deputy Commissioner,
 NO. 96-3158
 United States Court of Appeals,
Third Circuit.
 Mar 21, 1997
 
 Appeal From: W.D.Pa. ,No.95cv00865 ,
 Standish, J.
 
 
 1
 Affirmed.